IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

    Plaintiff,                                    No. CIV S-06-1447 LKK GGH P

    vs.

SHASTA COUNTY PROBATION, et al.,

    Defendants.                            ORDER

/

        On August 2, 2006, the court ordered plaintiff to submit within thirty days a completed affidavit in support of his request to proceed in forma pauperis. The court also ordered plaintiff to submit within that time a certified copy of his trust account statement for the past six months. In this order, the court directed the Clerk of the Court to send plaintiff an in forma pauperis application.

        On August 21, 2006, plaintiff filed a request for extension of time to comply with the August 2, 2006, order. Plaintiff indicates that he did not receive an in forma pauperis application from the Clerk. Plaintiff also states that the court will have to order the trust office to send the statement to the court.

        The court will direct the Clerk of Court to re-serve plaintiff with an in forma pauperis application. If plaintiff is unable to obtain a copy of his trust account statement without

1  an order from the court addressed to the trust office, he shall file a short declaration describing
2  his efforts to obtain the statement, including the names of the prison officials who requested the
3  court order.
4        Accordingly, IT IS HEREBY ORDERED that:
5        1. Plaintiff's August 21, 2006 request for an extension of time is granted;
6        2.  Plaintiff is granted thirty days from the date of this order in which to file an
7  application to proceed in forma pauperis and a copy of his trust account statement;
8        3. The Clerk of the Court is directed to send plaintiff an application to proceed in
9  forma pauperis.

DATED: 9/26/06                    /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:mp
arms1447.36