IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

    Plaintiff,                    No. CIV S-06-1447 LKK GGH P

    vs.

SHASTA COUNTY PROBATION, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On August 2, 2006, the court granted plaintiff thirty days to file a properly completed in forma pauperis affidavit and a certified copy of his trust account statement for the past six months. On September 27, 2006, the court granted plaintiff a thirty day extension of time to file these documents. Thirty days passed and plaintiff did not comply with this order. Because it appears that plaintiff intends to prosecute this action, the court will grant him one final opportunity to comply with the August 2, 2006, order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted twenty days from the date of this order to file a properly completed in forma pauperis affidavit and a certified copy of his prison trust account statement for the past six months;

/////

1

1      2. The Clerk of the court is directed to send plaintiff an application to proceed in
2  forma pauperis.
3  DATED: 12/20/06                              /s/ Gregory G. Hollows
4                                               _____
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE
5
   arm1447.ifp