IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

      Plaintiff,                          No. CIV S-06-1447 LKK GGH P

      vs.

SHASTA COUNTY PROBATION, et al.,

      Defendants.

                          /                       ORDER

          Plaintiff is a state prisoner proceeding pro se. On June 26, 2007, the court dismissed with leave to amend all claims contained in the amended complaint filed May 4, 2007, but for the claim regarding withdrawal of funds from plaintiff's trust fund against defendant Keating. The court ordered that if plaintiff did not file an amended complaint within twenty days, it would order service of defendant Keating. Twenty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of defendant Keating and will separately recommend dismissal of the remaining claims.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Service is appropriate for the following defendants: Keating.

          2. The Clerk of the Court shall send plaintiff 1 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed May 4, 2007.

1

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.  The completed Notice of Submission of Documents;

    b.  One completed summons;

    c.  One completed USM-285 form for each defendant listed in number 3 above; and

    d.  Two copies of the endorsed amended complaint filed May 4, 2007.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 8/7/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

arm1447.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

      Plaintiff,

      vs.

SHASTA COUNTY PROBATION, et al.,

      Defendants.

No. CIV S-06-1447 LKK GGH P

NOTICE OF SUBMISSION

OF DOCUMENTS

/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____  completed summons form

    ____  completed USM-285 forms

    ____  copies of the _____
                      Complaint/Amended Complaint

DATED:

                                      _____
                                        Plaintiff