IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

    Plaintiff,                    No. CIV S-06-1447 LKK GGH P

    vs.

SHASTA COUNTY PROBATION, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On February 7, 2008, defendant filed a summary judgment motion. On March 3, 2008, plaintiff filed an opposition. Plaintiff opposes defendant's motion pursuant to Fed. R. Civ. P. 56(f) on grounds that he has not had sufficient time to conduct discovery.

        Rule 56(f) provides that if a party opposing a summary judgment motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify the opposition the court may deny the motion or order a continuance.

        In his opposition, plaintiff alleges that he needs additional time to conduct discovery because "there may be other information in exhibits of important documents that I need to request during the discovery process." Plaintiff does not identify any specific evidence he intends to discover. Rather, he generally alleges that he requires additional time to conduct discovery.

1 | Plaintiff's motion does not identify the specific reasons he requires additional
2 | time to conduct discovery, as required by Fed. R. Civ. P. 56(f).
3 | Accordingly, IT IS HEREBY ORDERED that:
4 | 1. Plaintiff's request to conduct additional discovery pursuant to Rule 56(f) is
5 | denied;
6 | 2. Plaintiff is granted thirty days from the date of this order to file a supplemental
7 | opposition to defendant's summary judgment motion.
8 | DATED:  04/23/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

arm1447.ord