IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD. L. ARMSTRONG,

    Plaintiff,                    No. CIV S-06-1447 LKK GGH P

    vs.

SHASTA COUNTY PROBATION, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 27, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  In the June 27, 2008, findings and recommendations, the magistrate judge
2  recommended that defendant's summary judgment motion be granted. On July 11, 2008,
3  plaintiff filed a cross-motion for summary judgment. This motion is vacated as inapposite.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. The findings and recommendations filed June 27, 2008, are adopted in full;
6  2. Defendant's summary judgment motion (# 41) is granted;
7  3. Plaintiff's cross-motion for summary judgment (# 53) is vacated.
8  DATED:   September 30, 2008.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT